AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  0:26-cv-02008-PJS-ECW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RBC USA Holdco Corporation

was received by me on *(date)*        03/24/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Bradley Davies                        , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Company

2780 Snelling Ave N., #101, Roseville MN                 on *(date)*    03/25/2026     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $    97.35    for services, for a total of $    97.35    .

I declare under penalty of perjury that this information is true.

Date:    03/25/2026

_____
*Server's signature*

Joel Solomonson - Process Server
*Printed name and title*

POB 431057
Brooklyn Park, MN 55443

_____
*Server's address*

Additional information regarding attempted service, etc: