**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW<br><br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Anna Ashley shall appear as counsel of record for all Defendants in this case.

Dated:  April 13, 2026

**DORSEY & WHITNEY LLP**

By */s/ Anna M. Ashley* _____
Kirsten E. Schubert (#0388396)
schubert.kirsten@dorsey.com
Anna M. Ashley (#0506606)
ashley.anna@dorsey.com
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

**PROSKAUER ROSE LLP**

Russell L. Hirschhorn (NY # 4020335)
(*pro hac vice* pending)

CASE 0:26-cv-02008-PJS-ECW    Doc. 10    Filed 04/13/26    Page 2 of 2

rhirschhorn@proskauer.com
Neil V. Shah (NY #4822029)
(*pro hac vice* pending)
nshah@proskauer.com
Sydney L. Juliano (NY # 5865985)
(*pro hac vice* pending)
sjuliano@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

*Counsel for Defendants*

2