## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MINNESOTA

DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,

*Plaintiff*,

v.

RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40

*Defendants*.

No. 0:26-cv-02008-PJS-ECW

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant, RBC USA Holdco Corporation, states that RBC USA Holdco Corporation is an indirect wholly owned subsidiary of Royal Bank of Canada, which is a publicly held corporation. Royal Bank of Canada has no parent corporation, and no publicly held corporation owns 10% or more of the common stock of Royal Bank of Canada.

Dated: April 13, 2026

**DORSEY & WHITNEY LLP**

*/s/ Kirsten E. Schubert*
Kirsten E. Schubert (#0388396)
schubert.kirsten@dorsey.com
Anna M. Ashley (#0506606)
ashley.anna@dorsey.com
50 South 6th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

**PROSKAUER ROSE LLP**

Russell L. Hirschhorn (NY # 4020335)
(*pro hac vice* pending)
rhirschhorn@proskauer.com
Neil V. Shah (NY #4822029)
(*pro hac vice* pending)
nshah@proskauer.com
Sydney L. Juliano (NY # 5865985)
(*pro hac vice* pending)
sjuliano@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

*Counsel for Defendants*