**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW<br><br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND RELATED BRIEFING SCHEDULE** |

Plaintiff Daniel Rico, individually and as a representative of a class of similarly situated persons ("Plaintiff") and Defendants RBC USA Holdco Corporation ("RBC"), the Board of Directors of RBC USA Holdco Corporation and its members, and the RBC USA Pensions and Benefits Committees and its members (collectively, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      Plaintiff filed the Complaint in this action on March 24, 2026 (ECF. No. 1).

2.      Plaintiff served RBC with the Complaint on March 24, 2026 (ECF No. 5).

3.      The current deadline for RBC to answer or otherwise respond to the Complaint is April 14, 2026.

4.      Defendants intend to respond to the Complaint by filing a responsive motion pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. The Court is scheduled to hear Defendants' motion on September 2, 2026 at 8:30 am.

5.      The class action Complaint raises complex legal issues under the Employee Retirement Income Security Act. To allow sufficient time for Defendants to fully analyze the Complaint and prepare their responsive motion, for Plaintiff to respond to that motion, and for Defendants to reply, the Parties have agreed to extend the deadline by which RBC must answer or otherwise respond to the Complaint, and propose the following briefing schedule:

     a.  RBC's deadline to file an answer or otherwise respond to the Complaint shall be **May 29, 2026**.

     b.  Plaintiff's deadline to file a response to any motion Defendants may file shall be **July 17, 2026.**

     c.  RBC's deadline to file a reply in support of any motion shall be **August 14, 2026.**

6.      Good cause exists to extend each of the above deadlines, and no party will suffer any prejudice as a result of the proposed extension. The Parties have made no prior requests for an extension.

WHEREFORE, for the foregoing reasons, the Parties jointly request that the Court approve this stipulation, extend the time for Defendants to answer or otherwise respond to the Complaint, and adopt the Parties' proposed briefing schedule, as set forth herein.

**IT IS SO STIPULATED.**

2

Dated: April 13, 2026

**DORSEY & WHITNEY LLP**

*/s/ Kirsten E. Schubert*
Kirsten E. Schubert (#0388396)
schubert.kirsten@dorsey.com
Anna M. Ashley (#0506606)
ashley.anna@dorsey.com
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

**PROSKAUER ROSE LLP**

Russell L. Hirschhorn (NY # 4020335)
(*pro hac vice* pending)
rhirschhorn@proskauer.com
Neil V. Shah (NY #4822029)
(*pro hac vice* pending)
nshah@proskauer.com
Sydney L. Juliano (NY # 5865985)
(*pro hac vice* pending)
sjuliano@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3286
Facsimile: (212) 969-2900

*Counsel for Defendants*


*s/ Leigh Anne St. Charles*
Susan M. Coler, MN Bar No. 0217621
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

Charles H. Field, CA Bar No. 189817*
**SANFORD HEISLER SHARP
MCKNIGHT, LLP**

3

7911 Herschel Avenue, Suite 300
La Jolla, CA, 92037
Telephone: (619) 577-4252
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

Leigh Anne St. Charles, TN Bar No.
036945*
**SANFORD HEISLER SHARP
MCKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Facsimile: (615) 434-7020
lstcharles@sanfordheisler.com

Don Bivens, AZ Bar No. 005134*
Maxwell K. Weiss, NY Bar No. 5509823*
**DON BIVENS, PLCC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Phone: (602) 708-1450
don@donbivens.com
max@donbivens.com

*Counsel for Plaintiff*

**pro hac vice** application forthcoming

4