**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND RELATED BRIEFING SCHEDULE** |

Before the Court is Plaintiff Daniel Rico, individually and as a representative of a class of similarly situated persons, and Defendant RBC USA Holdco Corporation's Joint Stipulation to Extend Time for Defendants to Respond to the Complaint and Related Briefing Schedule, ECF []. Good cause appearing, the motion is GRANTED. Defendant shall respond to the Complaint (ECF No. 1) by May 29, 2026. Plaintiff shall file a response to any motion Defendants may file by July 17, 2026. Defendants shall file a reply in support of any motion by August 14, 2026.

Dated: _____

BY THE COURT:

_____

The Honorable Patrick J. Schiltz
Chief U.S. District Judge