**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION; THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS; THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS; DOES 1-20; and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND RELATED BRIEFING SCHEDULE** |

Before the Court is the Joint Stipulation to Extend Time for Defendants to Respond to the Complaint and Related Briefing Schedule of Plaintiff Daniel Rico, individually and as a representative of a class of similarly situated persons, and Defendants RBC USA Holdco Corporation; the Board of Directors of RBC Holdco Corporation and its members; and the RBC USA Pensions and Benefits Committee and its members.  ECF No. 13.

Good cause appearing, the Joint Stipulation [ECF No. 13] is **GRANTED** and the following schedule is adopted:

1.  Defendants shall respond to the Complaint [ECF No. 1] by May 29, 2026.

2.  Plaintiff shall file a response to any motion Defendants may file by July 17, 2026.

3.  Defendants shall file a reply in support of any motion by August 14, 2026.


Dated: April 15, 2026                                    BY THE COURT:

                                                         /s/ Patrick J. Schiltz
                                                         Patrick J. Schiltz, Chief Judge
                                                         United States District Court