# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number: <u>0:26-cv-02008-PSJ-ECW</u>**

**Case Title: <u>Daniel Rico, et al. v. RBC USA Holdco Corp., et al.</u>**

### <u>Affidavit of Movant</u>

I, Susan M. Coler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Meghan E. Heesch, an attorney admitted to practice and currently in good standing in the U.S. District Court for Southern District of California but not admitted to the bar of this court, who will be counsel for the plaintiff Daniel Rico in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: *<u>/s/Susan M. Coler</u>*          Date: <u>05/7/2026</u>

MN Attorney License #: <u>0217621</u>

1

**<u>Affidavit of Proposed Admittee</u>**

I, Meghan E. Heesch am currently a member in good standing of the U.S. District Court for the Southern District of California but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules.  I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: */s/ Meghan E. Heesch*          Date: 05/05/2026

Typed Name: Meghan E. Heesch

Attorney License Number 355708 issued by the State of California

Federal Bar Number (if you have one): 112642

Law Firm Name: Sanford Heisler Sharp McKnight, LLP

Law Firm Address: 7911 Herschel Ave.

　　　　　Suite 300

　　　　　 La Jolla, CA 92037

Main phone: (619) 577-4253          Direct line: (619) 821-3339

E-mail address: mheesch@sanfordheisler.com