## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW |

## MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Local Rules of this Court, Defendants RBC USA Holdco Corporation, the Board of Directors of RBC USA Holdco Corporation and Its Members, and the RBC USA Pensions and Benefits Committee and Its Members move to dismiss Plaintiff's Complaint in its entirety, without leave to replead. The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint, all supporting materials filed contemporaneously therewith, and arguments of counsel, as well as all the files, records, submissions, and proceedings in this matter.

Dated: May 29, 2026          Respectfully submitted,

**PROSKAUER ROSE LLP**


By: */s/ Russell L. Hirschhorn*
Russell L. Hirschhorn (NY #4020335)
(admitted *pro hac vice*)
Neil V. Shah (NY #4822029)
(admitted *pro hac vice*)
Sydney L. Juliano (NY #5865985)
(admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3286
rhirschhorn@proskauer.com
nshah@proskauer.com
sjuliano@proskauer.com

**DORSEY & WHITNEY LLP**
Kirsten E. Schubert (#0388396)
Anna M. Ashley (#0506606)
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
schubert.kirsten@dorsey.com
ashley.anna@dorsey.com

*Counsel for Defendants*

2