**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW |

**NOTICE OF HEARING OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that a hearing will be held on September 2, 2026 at 8:30am, before the Honorable Patrick J. Schiltz, United States District Chief Judge for the District of Minnesota, at the United States Courthouse, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota on Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 29, 2026                    Respectfully submitted,

                                       **PROSKAUER ROSE LLP**


                                       By: */s/ Russell L. Hirschhorn*
                                       Russell L. Hirschhorn (NY #4020335)
                                       (admitted *pro hac vice*)
                                       Neil V. Shah (NY #4822029)
                                       (admitted *pro hac vice*)
                                       Sydney L. Juliano (NY #5865985)
                                       (admitted *pro hac vice*)
                                       Eleven Times Square
                                       New York, NY 10036
                                       Telephone: (212) 969-3286
                                       rhirschhorn@proskauer.com
                                       nshah@proskauer.com
                                       sjuliano@proskauer.com

                                       **DORSEY & WHITNEY LLP**
                                       Kirsten E. Schubert (#0388396)
                                       Anna M. Ashley (#0506606)
                                       50 South 6th Street, Suite 1500
                                       Minneapolis, MN 55402
                                       Telephone: (612) 340-2600
                                       schubert.kirsten@dorsey.com
                                       ashley.anna@dorsey.com

                                       *Counsel for Defendants*

2