## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff,*<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants.* | Civil File No. 0:26-cv-02008-PJS-ECW |

## DECLARATION OF SHERENA JESKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, SHERENA JESKE, declare as follows:

1.      I am the Director, U.S. Retirement and Benefits, at Royal Bank of Canada. In that capacity, I am responsible for the day-to-day operation and administration of the RBC U.S.A. Retirement and Savings Plan (the "Plan").

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Complaint based on my personal knowledge of the facts set forth herein.

3.      Attached as **Exhibit A** is a true and correct copy of excerpts of the Auditor's Report attached to the Plan's 2024 Form 5500 filing.

4.      Attached as **Exhibit B** is a true and correct copy of excerpts of the Plan document, amended and restated as of January 1, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 29, 2026

SHERENA JESKE

2