UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW |

**DECLARATION OF NEIL V. SHAH IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Neil V. Shah, declare as follows:

1.      I am a Senior Counsel at the law firm of Proskauer Rose LLP, counsel for Defendants RBC USA Holdco Corporation ("RBC"), the Board of Directors of RBC USA Holdco Corporation and Its Members, and the RBC USA Pensions and Benefits Committee and Its Members in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Complaint. The information contained herein is of my own personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

3.      Attached as **Exhibit A** is a true and correct copy of the T. Rowe Price Mid-Cap Growth Fund fact sheet, dated December 31, 2025. The most recent version is available at

https://www.troweprice.com/literature/public/country/us/language/en/literature-type/quarterly-factsheet/sub-type/mf-single-class?productCode=MCG (last visited May 29, 2026).

4.      Attached as **Exhibit B** is a true and correct copy of the FTSE Russell Midcap Growth Index fact sheet, dated April 30, 2026. The most recent version is available at

https://research.ftserussell.com/Analytics/FactSheets/Home/DownloadSingleIssue?issueName=US5006USD (last visited May 29, 2026).

5.      Attached as **Exhibit C** is a true and correct copy of relevant excerpts from the T. Rowe Price Mid-Cap Growth Fund Form N-CSR, Certified Shareholder Report, dated December 31, 2025. The publicly-available copy, including these excerpts, is available at

https://www.sec.gov/Archives/edgar/data/887147/000119312526062999/d837968dncsr.htm (last visited May 29, 2026).

6.      Attached as **Exhibit D** is a true and correct copy of the Baron Capital Baron Focused Growth Fund fact sheet, dated December 31, 2025. The most recent version is available at https://www.baroncapitalgroup.com/sites/default/files/2026-04/baron-focused-growth-fund-fact-sheet-bfgix-3.31.26.pdf (last visited May 29, 2026).

7.      Attached as **Exhibit E** is a true and correct copy of relevant excerpts from the Baron Capital Focused Growth Fund summary prospectus, dated April 30, 2025. The publicly-available copy, including these excerpts, is available at https://connect.rightprospectus.com/Baron/TVT/06828M207/SP?site=Funds (last visited May 29, 2026).

8.      Attached as **Exhibit F** is a true and correct copy of the Federated Hermes MDT Mid Cap Growth Fund fact sheet, dated December 31, 2025. The most recent version may be downloaded from https://www.federatedhermes.com/us/products/mutual-funds/mdt-mid-cap-growth/a.do (last visited May 29, 2026).

9.      Attached as **Exhibit G** is a true and correct copy of the Janus Henderson VIT Enterprise Portfolio fact sheet, dated December 31, 2025. The most recent version is available at https://cdn.janushenderson.com/webdocs/Fact_Sheet_VIT_Enterprise_Portfolio_Multi-Share_1Q26_exp_07-30-2026.pdf (last visited May 29, 2026).

10.     Attached as **Exhibit H** is a true and correct copy of the T. Rowe Price Growth Stock Fund fact sheet, dated December 31, 2025. The most recent version is available at https://www.troweprice.com/literature/public/country/us/language/en/literature-type/quarterly-factsheet/sub-type/mf-single-class?productCode=GSF (last visited May 29, 2026).

11.     Attached as **Exhibit I** is a true and correct copy of the FTSE Russell 1000 Growth Index fact sheet, dated April 30, 2026. The most recent version is available at

3

https://research.ftserussell.com/Analytics/Factsheets/Home/DownloadSingleIssue?issueName=US1001USD (last visited May 29, 2026).

12.     Attached as **Exhibit J** is a true and correct copy of relevant excerpts from the T. Rowe Price Growth Stock Fund Form N-CSR, Certified Shareholder Report, dated December 31, 2025. The publicly-available copy, including these excerpts, is available at https://www.sec.gov/Archives/edgar/data/80257/000119312526063164/d77166dncsr.htm (last visited May 29, 2026).

13.     Attached as **Exhibit K** is a true and correct copy of relevant excerpts from the Alger Capital Appreciation Institutional Fund Class I Form N-CSR, Certified Shareholder Report, dated October 31, 2025. The publicly-available copy, including these excerpts, is available at https://www.sec.gov/Archives/edgar/data/911415/000113322825014265/aif-efp21607_ncsr.htm (last visited May 29, 2026).

14.     Attached as **Exhibit L** is a true and correct copy of the Alger Focus Equity Class Y Fund fact sheet, dated December 31, 2025. The most recent version is available at https://www.alger.com/AlgerDocuments/Alger_Focus_Equity_Fund_Factsheet.pdf (last visited May 29, 2026).

15.     Attached as **Exhibit M** is a true and correct copy of the Federated Hermes MDT Large Cap Growth Fund fact sheet, dated December 31, 2025. The most recent version may be downloaded from https://www.federatedhermes.com/us/products/mutual-funds/mdt-large-cap-growth/a.do (last visited May 29, 2026).

16.    Attached as **Exhibit N** is a true and correct copy of the Fidelity Blue Chip Growth Fund Class K Fund fact sheet, dated March 31, 2026. The most recent version is available at

https://institutional.fidelity.com/app/fund/popup/item/print/FIIS_FS_58916.pdf (last visited May 29, 2026).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: May 29, 2026

/s/ Neil V. Shah
Neil V. Shah