# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>*Defendants*. | Civil File No. 0:26-cv-02008-PJS-ECW |

## MEET AND CONFER STATEMENT REGARDING
## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Local Rule 7.1(a), Defendants RBC USA Holdco Corporation, the Board of Directors of RBC USA Holdco Corporation and Its Members, and the RBC USA Pensions and Benefits Committee and Its Members certify that their attorneys conferred with Plaintiff's counsel on April 10, 2026 in an effort to resolve the issues raised by Defendants' Motion to Dismiss the Complaint. At that time, Plaintiff's counsel confirmed that they do not consent to dismiss any of Plaintiff's claims at this stage of the litigation.

Dated: May 29, 2026

Respectfully submitted,

**PROSKAUER ROSE LLP**

By: */s/ Russell L. Hirschhorn*
Russell L. Hirschhorn (NY #4020335)
(admitted *pro hac vice*)
Neil V. Shah (NY #4822029)
(admitted *pro hac vice*)
Sydney L. Juliano (NY #5865985)
(admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3286
rhirschhorn@proskauer.com
nshah@proskauer.com
sjuliano@proskauer.com

**DORSEY & WHITNEY LLP**
Kirsten E. Schubert (#0388396)
Anna M. Ashley (#0506606)
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
schubert.kirsten@dorsey.com
ashley.anna@dorsey.com

*Counsel for Defendants*