# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MINNESOTA

<table>
<tr>
<td>

DANIEL RICO, individually and as a representative of a class of similarly situated persons, and on behalf of the RBC U.S.A. RETIREMENT AND SAVINGS PLAN,

*Plaintiff*,

vs.

RBC USA HOLDCO CORPORATION, THE BOARD OF DIRECTORS OF RBC USA HOLDCO CORPORATION AND ITS MEMBERS, THE RBC USA PENSIONS AND BENEFITS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,

*Defendants*.

</td>
<td>

Civil File No. 0:26-cv-02008-PJS-ECW

</td>
</tr>
</table>

## [PROPOSED] ORDER

Having considered the motion filed by Defendants RBC USA Holdco Corporation, the Board of Directors of RBC USA Holdco Corporation and Its Members, and the RBC USA Pensions and Benefits Committee and Its Members to dismiss the Complaint, and all supporting materials filed contemporaneously therewith, and arguments of counsel, as well as all the files, records, submissions, and proceedings in this matter,

**IT IS HEREBY ORDERED** that the **Motion is GRANTED**. Plaintiff's Complaint is hereby **DISMISSED** without leave to replead.

Dated:

_____
District Judge Patrick J. Schiltz
U.S. District Court for the District of Minnesota